**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| |
|---|
| KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., |
| **Plaintiff,** |
| **and** |
| COLAKOGLU DIS TICARET A.S., *et al.,* |
| **Plaintiff-Intervenors,** |
| **v.** |
| UNITED STATES, |
| **Defendant,** |
| **and** |
| REBAR TRADE ACTION COALITION, *et al.,* |
| **Defendant-Intervenors.** |

Before: Hon. Gary S. Katzmann, Judge

Court No. 21-00565

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that the Rebar Trade Action Coalition and its individual members, Byer Steel Group, Inc., Commercial Metals Company, Gerdau Ameristeel U.S. Inc., Nucor Corporation, and Steel Dynamics, Inc., Defendant-Intervenors in the above-named case, appeal to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Kaptan Demir Celik Endustrisi ve Ticaret A.S. v. United States*, Ct. No. 21-00565, slip op. 23-167 (Ct. Int'l Trade Nov. 27, 2023), ECF No. 75; Judgment, Ct. No. 21-00565 (Ct. Int'l Trade Nov. 27, 2023), ECF No. 76.

**Ct. No. 21-00565**

Respectfully submitted,

*/s/ Alan H. Price*
Alan H. Price, Esq.
John R. Shane, Esq.
Maureen E. Thorson, Esq.
Stephanie M. Bell, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*Counsel to the Rebar Trade Action Coalition
and its individual members*

Dated: January 26, 2024